AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

FILED
MAR 0 8 REC'D 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ SW _____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Maria Elena CASANOVA<br>DOB: 5-13-1976<br><br>*Defendant(s)* | Case No. 2:21-m-00386,001 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 5, 2021** in the county of **Val Verde** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C 841(a)(1)<br>21 U.S.C 846<br>21 U.S.C 952 | -POSSESS WITH INTENT TO DISTRIBUTE APPROXIMATELY ONE (1) GRAM OF Lysergic Acid Diethylamide (LSD), A SCHEDULE I CONTROLLED SUBSTANCE;<br>-CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE APPROXIMATELY ONE (1) GRAM OF Lysergic Acid Diethylamide (LSD), A SCHEDULE I CONTROLLED SUBSTANCE;<br>-ILLEGAL IMPORTATION OF APPROXIMATELY ONE (1) GRAM OF Lysergic Acid Diethylamide (LSD) |

This criminal complaint is based on these facts:

See Attachment.

☑ Continued on the attached sheet.

*Complainant's signature*

Susana White, CBP Officer/DEA Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/08/2021

*Judge's signature*

City and state: Del Rio, Texas

Collis White, Magistrate Judge
*Printed name and title*

2:21-m-00386.001

**United States of America**
**vs.**
**Maria Elena CASANOVA**
**DOB: 5-13-1976**

## Attachment

On March 5, 2021 at approximately 2330 HRS, DEA agents responded to the Del Rio International Bridge after they were notified of the discovery of 1 gram of Lysergic Acid Diethylamide (LSD) and 13 grams of Tetrahydrocannabinol paste (THC).

On March 5, 2021, at approximately 6:15pm, Maria Elena CASANOVA was referred to secondary inspection upon her entry to the United States from Mexico. A pat down/body search was conducted during secondary inspection and it was discovered that CASANOVA was concealing under her clothing, one (1) gram of Lysergic Acid Diethylamide (LSD) and 13 grams of Tetrahydrocannabinol paste (THC).

CASANOVA was read Miranda Rights and waived her right to have an attorney present during her interview with agents. CASANOVA freely admitted to have been transporting and concealing narcotics, which she referred to as "acid" and "shatter". When asked what was "acid" and "shatter", she said that "acid" was LSD and "shatter" was THC. CASANOVA admitted to the agents that she was concealing narcotics in her bra and on her lower back underneath her clothing. She stated that her son, Alejandro ALBIAR Jr, purchased the narcotics, which he gets delivered through the mail. CASANOVA stated that the narcotics belongs to her son, Alejandro ALBIAR Jr, and that she was going to bring them to ALBIAR Jr.'s friend, who she would meet at H-E-B in Del Rio, Texas. CASANOVA stated that she does not know ALBIAR Jr.'s friend and that her son, ALBIAR Jr., was the one communicating with the friend and that she was doing her son a favor.

Alejandro ALBIAR Jr. arrived to the Del Rio International Bridge at approximately 11:45pm at which time he was detained based of the statements made by CASANOVA. ALBIAR Jr. was read Miranda Rights by agents; he waived his rights to have an attorney present during his interview with agents. During interview, ALBIAR Jr. freely admitted to have purchased LSD in Mexico City, Mexico through Facebook; he deposits the money through bank accounts and then the narcotics are mailed to him in Ciudad Acuna, Mexico. ALBIAR Jr. admitted to have asked him mother, CASANOVA, to bring LSD to his friend. ALBIAR Jr. also had knowledge that his mother was bringing THC, but did not know to whom she was bringing it to. ALBIAR Jr. admitted to have smuggled LSD in and out of the United States previously, about 3 (three) to 5 (five) times in 2016, concealed within his pockets because he would sell them to two different people. ALBIAR Jr. stated that he previously charged 80.00 USD per strip, which included 10 tabs of LSD. On March 5, 2021, he was sending "20 something" tabs to his friend to be delivered by his mother, CASANOVA, because he needed to money and he wanted to give his mother some money.

2:21-M-00386,001

_____[signature]_____ March 8, 2021.
Susana White, CBP Officer/DEA Task Force Officer
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence,

_____[signature]_____ March 8, 2021
Collis White
United States Magistrate Judge
Western District of Texas