# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | Cause No. DR-21-M-386-(1)-CW | |
| § | | |
| Maria Elena Casanova, § | | |
| § | | |
| Defendant. § | | |

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act of 1984, 18 U.S.C. 3142 (f), a detention hearing was held in conjunction with a preliminary examination on March 11, 2021. The Court concludes that there is probable cause to believe Defendant committed the crime of which she is accused. The following facts require the detention of Defendant pending trial in this case.

## I.
## Finding of Fact

Credible information in the form of testimony from Task Force Officer Sasana White of the Drug Enforcement Administration establishes probable cause to believe that Defendant committed the offense alleged in the criminal complaint, *i.e.,* a violation of 21 U.S.C. §§ 952, 846, & 841, for which a sentence of more than ten years of incarceration is prescribed. This is therefore a case wherein it is presumed that there is no condition or combination of conditions of release that will reasonably assure the Defendant's appearance in court as required or ensure the safety of the community.

TFO White testified that Defendant was arrested on March 5, 2021, at the Del Rio Port of Entry as she attempted to smuggle into the United States one gram of LSD and a quantity of THC. The narcotics were recovered from her clothing. Defendant admitted that she knew she was carrying contraband.

Del Rio is in the Western District of Texas.

TFO White made an in-court identification of Defendant.

LSD and THC are both Schedule I controlled substances.

## II.
## DETENTION

The Government met its burden of persuasion through the testimony of TFO White. Defendant did not sufficiently rebut either of the aforementioned presumptions. The Court must therefore conclude that there is no condition or combination of conditions of release that will reasonably ensure the safety of the community or assure Defendant's return to court as required.

Accordingly, the Court hereby **ORDERS** that Defendant be **DETAINED** without bond pending disposition of this cause

## III.
## Direction Regarding Detention

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of any Court of the United States or on

request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SIGNED** and **ENTERED** on March 11, 2021.

_____
COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE