**FILED**
March 24, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SAJ_____
            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No. **DR-21-CR-00416-AM** |
| v. | § § § | **I N D I C T M E N T** |
| ALEJANDRO ALBIAR, JR., MARIA ELENA CASANOVA | § § § § § § § § § § § § § § § | [VIO: COUNT ONE: 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to Possess With Intent to Distribute Lysergic acid diethylamide (LSD); COUNT TWO: 21 U.S.C. § 841(a)(1) & (b)(1)(B), Possession of Lysergic acid diethylamide (LSD) With Intent to Distribute; COUNT THREE: 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(2), and 963, Conspiracy to Import Lysergic acid diethylamide (LSD); COUNT FOUR: 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(2), Importation of Lysergic acid diethylamide (LSD).] |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846]

On or about March 5, 2021, in the Western District of Texas, Defendants,

ALEJANDRO ALBIAR, JR.,
MARIA ELENA CASANOVA,

knowingly, intentionally, and unlawfully combined, conspired, confederated and agreed together

and with others known and unknown, to possess with the intent to distribute a controlled substance,

which offense involved a quantity of 1 gram or more of a mixture or substance containing a

detectable amount of Lysergic acid diethylamide (LSD), a Schedule I Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B) and 846.

## COUNT TWO
[21 U.S.C. § 841(a)(1) & (b)(1)(B)]

On or about March 5, 2021, in the Western District of Texas, Defendant,

MARIA ELENA CASANOVA,

did knowingly, intentionally, and unlawfully possess with the intent to distribute a controlled substance, which offense involved 1 gram or more of a mixture or substance containing a detectable amount of Lysergic acid diethylamide (LSD), a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(B).

## COUNT THREE
[21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(2), and 963]

On or about March 5, 2021, in the Western District of Texas, Defendants,

ALEJANDRO ALBIAR, JR.,
MARIA ELENA CASANOVA,

knowingly, intentionally, and unlawfully combined, conspired, confederated and agreed together and with others known and unknown, to import and cause to be imported a controlled substance, which offense involved a quantity of 1 gram or more of a mixture or substance containing a detectable amount of Lysergic acid diethylamide (LSD), a Schedule I Controlled Substance, into the United States from the Republic of Mexico, contrary to Title 21, United States Code, Sections 952(a) and 960(a)(1) & (b)(2), and 963.

## COUNT FOUR
[21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(2)]

On or about March 5, 2021, in the Western District of Texas, Defendant,

MARIA ELENA CASANOVA,

did knowingly, intentionally, and unlawfully import into the United States from the Republic of Mexico, a place outside of the United States, a controlled substance, which offense involved a quantity of 1 gram or more of a mixture or substance containing a detectable amount of Lysergic acid diethylamide (LSD), a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1) & (b)(2).

A TRUE BILL.

ORIGINAL SIGNATURE REDACTED PURSUANT TO E-GOVERMENT ACT OF 2002

FOREPERSON

ASHLEY C. HOFF
United States Attorney

By: _____*James T. Ward* FOR_____
STEPHEN KAM
Assistant United States Attorney

SEALED:
UNSEALED: XX

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: VAL VERDE     USAO #: 2021R01328

DATE: MARCH 24, 2021     MAG. CT. #: DR21-00385M

AUSA: STEPHEN KAM

DEFENDANT: ALEJANDRO ALBIAR, JR.

CITIZENSHIP: UNITED STATES

INTERPRETER NEEDED: YES     LANGUAGE: SPANISH

DEFENSE ATTORNEY: ALBERTO RODRIGUEZ

ADDRESS OF ATTORNEY: 545 QUARRY STREET, EAGLE PASS, TEXAS 78852

DEFENDANT IS: DETAINED     DATE OF ARREST: MARCH 5, 2021

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): COUNT 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE LYSERGIC ACID DIETHYLAMIDE (LSD); COUNT 3 - 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(2), and 963, CONSPIRACY TO IMPORT LYSERGIC ACID DIETHYLAMIDE (LSD).

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: FOR EACH COUNT: 5 TO 40 YEARS IMPRISONMENT; UP TO $5,000,000 FINE; AT LEAST 4 YEARS OF SUPERVISED RELEASE; $100 SPECIAL ASSESSMENT FOR EACH COUNT OF CONVICTION.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE     W/DT-CR-3

SEALED:
UNSEALED: XX

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

COUNTY: VAL VERDE            USAO #: 2021R01328

DATE: MARCH 24, 2021         MAG. CT. #: DR21-00386M

AUSA: STEPHEN KAM

DEFENDANT: MARIA ELENA CASANOVA

CITIZENSHIP: UNITED STATES

INTERPRETER NEEDED: YES      LANGUAGE: SPANISH

DEFENSE ATTORNEY: JACKSON L. LINDSEY

ADDRESS OF ATTORNEY: 5804 BABCOCK ROAD #336, SAN ANTONIO, TEXAS 78240

DEFENDANT IS: DETAINED       DATE OF ARREST: MARCH 5, 2021

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): COUNT 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE LYSERGIC ACID DIETHYLAMIDE (LSD); COUNT 2 - 21 U.S.C. § 841(a)(1) & (b)(1)(B), POSSESSION WITH INTENT TO DISTRIBUTE LYSERGIC ACID DIETHYLAMIDE (LSD); COUNT 3 - 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(2), and 963, CONSPIRACY TO IMPORT LYSERGIC ACID DIETHYLAMIDE (LSD); COUNT 4 - 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(2), IMPORTATION OF LYSERGIC ACID DIETHYLAMIDE (LSD).

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: FOR EACH COUNT: 5 TO 40 YEARS IMPRISONMENT; UP TO $5,000,000 FINE; AT LEAST 4 YEARS OF SUPERVISED RELEASE; $100 SPECIAL ASSESSMENT FOR EACH COUNT OF CONVICTION.

PENALTY IS MANDATORY: YES & NO    REMARKS: SEE ABOVE    W/DT-CR-3