IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| | § | |
| V. | § | CAUSE NO. DR-21-CR-00416-AM |
| | § | |
| MARIA ELENA CASANOVA | | |

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY

NOW COMES defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

1) Defendant has received a copy of the Indictment or Information in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto and his/her Constitutional rights, after being advised of all the above by his/her attorney.

2) Defendant understands he/she has the right to appear personally, with his/her attorney, before a judge for arraignment, in open court, on this accusation. Defendant further understands that, absent the present waiver, he/she will be so arraigned in open court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the Indictment or Information, and by this instrument, tenders his/her plea of "not guilty". The Defendant understands that entry by the Court of said plea for Defendant will conclude the arraignment in this case for all purposes.

Effective December 1, 2002, the Local Criminal Rules were revised to indicate that a defendant must file any pretrial motions (citing legal authority and providing a proposed order) within ten (10) days after the arraignment, or if the defendant waives arraignment, within ten (10) days after the latest scheduled arraignment date. *see Local Criminal Rules CR-12 and CR-47 (unless otherwise ordered by the Court.)*

Date: 3/30/2021

x Maria E. Casanouc
Defendant

Attorney for Defendant
5804 Babcock Road, #336
San Antonio, Texas 78240
Tel. (210) 816-0808, Fax (210) 757-4993

**Pursuant to the Standing Order Adopting CJA Plan dated January 4, 2011, all waivers or motions to continue must be communicated to the appropriate courtroom deputy no later than 3:00 p.m. on the work day prior to the scheduled hearing and must be followed by an appropriately filed document.**